1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8           **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  CHRISTINE FLORES,                        CASE NO. 2:07-CV-00923-EFB

10                 Plaintiff,                **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO**
11  vs.                                     **RESPOND TO DEFENDANT'S ANSWER**

12  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
13
                   Defendant.
14  _____/

15       IT IS HEREBY STIPULATED by and between the parties, through their respective

16  undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to

17  Defendant's answer in the above-referenced case is hereby extended from the present due date of

18  December 10, 2007, by forty days, to the new response date of January 22, 2008.

19

20  DATED: December 6, 2007

21                                          McGregor W. Scott
                                            United States Attorney
22

23
    */s/ Ann M. Cerney*                      */s/ Theophous H. Reagans*
24  Ann M. Cerney                            Theophous H. Reagans
    Attorney for Plaintiff                   Special Assistant U S Attorney
25                                           Attorneys for Defendant

26

27

28

---

ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| CHRISTINE FLORES, | CASE NO. 2:07-CV-00923-EFB |
| Plaintiff, | [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file her response on or before January 22, 2008.

SO ORDERED.

DATED: January 2, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE