1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTINE FLORES,

11             Plaintiff,                    No. CIV S-07-0923 EFB

12        vs.

13   MICHAEL J. ASTRUE,                      ORDER TO SHOW CAUSE
     Commissioner of Social Security,

14
             Defendant.

15   _____/

16        On January 3, 2008, this court approved the parties' stipulation to extend the time in

17   which plaintiff's motion for summary judgment was due to January 22, 2008.  That date has

18   since passed and plaintiff has failed to file her motion for summary judgment.

19        Plaintiff shall show cause in writing within fifteen (15) days from the date of this order

20   why sanctions should not issue for failure to file her motion for summary judgment.  Plaintiff

21   shall also file her motion for summary judgment, or inform the court of her intent to dismiss, by

22   that deadline.  Failure to do so may result in such sanctions as the court deems appropriate.  L.R.

23   11-110.

24        SO ORDERED.

25   DATED:   February 8, 2008.

26                                           EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE