```
 1  ANN M. CERNEY, SBN: 068748
    Attorney at Law
 2  45 Hunter Square Plaza
    Stockton, California  95202
 3  Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
 4
    Attorney for Plaintiff
 5

 6

 7

 8          UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

 9                                      —o0o—

10  CHRISTINE FLORES,                   CASE NO. 2:07-CV-00923-EFB

11              Plaintiff,              ORDER EXTENDING
                                        PLAINTIFF'S TIME TO FILE MOTION
12  vs.                                 FOR SUMMARY JUDGMENT

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                Defendant.
15  _____/
```

16          Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of time for plaintiff to file her motion for summary judgment, the request is hereby

18  APPROVED.  Plaintiff shall file her motion for summary judgment on or before February 21,

19  2008.

20          Further, as plaintiff responded to the February 11, 2008, order to show cause, and showed

21  good cause for delay in filing her motion for summary judgment, the order to show cause is

22  hereby discharged.

23          SO ORDERED.

24  DATED: February 19, 2008.

25                                                  [signature]
                                            _____
26                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
27

28