1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  —o0o—

10 CHRISTINE FLORES,                    CASE NO. 2:07-CV-00923-EFB

11              Plaintiff,              **ORDER EXTENDING**
                                        **PLAINTIFF'S TIME TO FILE MOTION**
12 vs.                                  **FOR SUMMARY JUDGMENT**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and

17 with the permission of the Court as evidenced below, that the Plaintiff's time to file the motion

18 for summary judgment in this case is hereby extended to March 27, 2008.

20 / / / /

21 / / / /

22 / / / /

23 / / / /

---

1

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER

| | | |
|---|---|---|
| Dated: February 26, 2008 | | /s/signature on original<br>ANN M. CERNEY<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: February 26, 2008 | | McGregor W. Scott |
| | | United States Attorney |
| | | /s/   signature on original<br>THOPHOUS H. REAGANS |
| | | Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 27, 2008.

*signature*

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE