1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    THEOPHOUS H. REAGANS, SBN CA 189450
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: theophous.reagans@ssa.gov

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12

13   CHRISTINE FLORES,                    )
                                          )     CIVIL NO. 2:07-923 EFB
14        Plaintiff,                      )
                                          )
15             v.                         )     STIPULATION AND ORDER EXTENDING
                                          )     TIME TO FILE DEFENDANT'S
16   MICHAEL J. ASTRUE,                   )     OPPOSITION
     Acting Commissioner of              )
17   Social Security,                     )
                                          )
18        Defendant.                      )
     ―――――――――――――――――――――――――――           )

19

20          IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

21   approval of the Court, that Defendant shall have a 30-day extension of time up to and through May 5,

22   2008, in which to file his opposition to plaintiff's motion for summary judgment.  This extension is

23   requested because of defense counsel's heavy caseload and because counsel will be on leave for one

24   week.  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant

25   this unopposed request for extension.

26   ////

27   ////

28   ////

1

Dated:   April 3, 2008                                      /s/ Ann M. Cerney
2                                                          (As authorized via fax on 4/3/08)
                                                            ANN M. CERNEY
3                                                          Attorney for Plaintiff

4

5                                                          United States Attorney
                                                            LUCILLE GONZALES MEIS
6                                                          Regional Chief Counsel, Region IX

7
Dated:   April 3, 2008                       By:          /s/ Theophous H. Reagans
8                                                          THEOPHOUS H. REAGANS
                                                            Special Assistant United States Attorney
9

10

11   APPROVED AND SO ORDERED.

12   Dated:  April 7, 2008.

13                                                          EDMUND F. BRENNAN
                                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28